PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

Attorneys for Petitioners

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE FUND and :
INCOME SECURITY ANNUITY FUND, by their :
Trustees, : 07 Civ. 7603 (VM)
:
Petitioners, :
:
- against - : **DISCLOSURE STATEMENT**
:
EFFICIENCY PRINTING CO. INC., :
:
Respondent. :
-----------------------------------------------------------------X

1. This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

2. Petitioners Pressroom Unions' Welfare Fund and Income Security Annuity Fund have no corporate parents, subsidiaries or affiliates.

Dated: New York, New York
       August 24, 2007

PROSKAUER ROSE LLP
Attorneys for Petitioners

By: /s/ Sally L. Schneider
    Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

sschneider@proskauer.com