

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PRESSROOM UNIONS' WELFARE FUND and
INCOME SECURITY ANNUITY FUND, by their
Trustees,

        Plaintiff(s),

-against-                        AFFIDAVIT OF SERVICE
                                                                               07 Civ. 7603(VM)

EFFICIENCY PRINTING CO. INC.,

        Defendant(s)
--------------------------------------------------------X
STATE OF NEW YORK   )
                       S.S.:
COUNTY OF ALBANY   )

         DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

         That on the 29TH day of August, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the NOTICE OF PETITION AND VERIFIED PETITION TO CONFIRM ARBITRATION AWARDS AND MEMORANDUM OF LAW IN SUPPORT OF PETITION AND INDIVIDUAL PRACTICES OF JUDGE MARRERO AND USDC/SDNY 3RD AMENDED INSTRUCTIONS FOR FILING A ELECTRONIC CASE OR APPEAL AND GUIDELINES AND PROCEDURES FOR ELECTRONIC CASE FILING upon EFFICIENCY PRINTING CO. INC., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

         Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

DONNA CHRISTIE is a white female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 135 pounds with blonde hair and blue eyes.

*Deborah LaPointe*
DEBORAH LAPOINTE

Sworn to before me this
29TH day of August, 2007

_____
NOTARY PUBLIC

FRANK J. PANUCCI
Notary Public, State of N.Y.
Qualified in Albany County
Reg. No. 4721156
Commission Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com