**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

AUG 3 1 2007

Sally L. Schneider
Attorney at Law

Direct Dial 212.969.3803
sschneider@proskauer.com

August 28, 2007

Hon. Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-07

Re:   Pressroom Unions' Welfare Fund, *et al.* v.
      Efficiency Printing Co. Inc.
      07 Civ. 7603 (VM)

Dear Judge Marrero:

Pursuant to Your Honor's Individual Practices, enclosed are courtesy copies of the Notice of Petition to Confirm Arbitration Awards, Verified Petition, and Memorandum of Law in Support of the Petition that were filed yesterday in the above-referenced action.

Respectfully,

Sally L. Schneider

Sally L. Schneider

Enclosure

Respondent is directed to inform the Court by 9-6-07 whether it contemplates opposing confirmation of the award herein. If so, its response shall be filed within the time permitted by the applicable law. If no timely response is made the Court shall deem the award

SO ORDERED: confirmed.
9-4-07
DATE        VICTOR MARRERO, U.S.D.J.