PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York  10036
(212) 969-3803

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE FUND and  :
INCOME SECURITY  ANNUITY FUND, by their :
Trustees,  :  07 Civ. 7603 (VM)
 :
                                  Petitioners,  :
 :
               - against -  :  **NOTICE OF MOTION FOR**
 :  **JUDGMENT**
EFFICIENCY PRINTING CO. INC.,  :
 :
                                 Respondent.  :
-------------------------------------------------------------------X

**SIRS:**

      **PLEASE TAKE NOTICE** that upon the Affidavit of Sally L. Schneider, sworn to on November 2, 2007, and the exhibits attached thereto, all of which are submitted herewith, and upon all papers and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Victor Marrero, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York 10007 in Courtroom 20B, on November 15, 2007 at 9:30 am, or as soon thereafter as counsel can be heard, for entry of a Judgment in favor of petitioners Pressroom Unions' Welfare Fund and Income Security Annuity Fund and against respondent Efficiency Printing Co. Inc. in the liquidated amount of $67,367.81 for unpaid benefit contributions, interest, liquidated damages, costs and expenses, attorneys' fees and costs.

Dated: New York, New York
       November 2, 2007

                                      PROSKAUER ROSE LLP
                                      Attorneys for Petitioners

                                      By: /s/ Sally L. Schneider
                                          Sally L. Schneider
                                      1585 Broadway
                                      New York, New York 10036
                                      (212) 969-3803

                                      sschneider@proskauer.com

TO:    Efficiency Printing Co. Inc.
         126 South Lexington Avenue
         White Plains, New York 10606