PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York  10036
(212) 969-3803

Attorneys for Petitioners

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE FUND and  :
INCOME SECURITY ANNUITY FUND, by their :
Trustees,                                                                         :     07 Civ. 7603 (VM)
                                                                                         :
                                              Petitioners,              :
                                                                                         :     **NOTICE OF PETITION TO**
                       - against -                                         :     **CONFIRM ARBITRATION**
                                                                                         :     **AWARDS**
EFFICIENCY PRINTING CO. INC.,                       :
                                                                                         :
                                              Respondent.           :
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that a Verified Petition to Confirm the Arbitration Awards issued on August 31, 2006, September 28, 2006, October 30, 2006, November 30, 2006, December 21, 2006, January 30, 2007, February 26, 2007, March 29, 2007, May 30, 2007 and June 28, 2007, in the arbitration proceedings between the Pressroom Unions' Welfare Fund and Income Security Annuity Fund and Efficiency Printing Co. Inc., is being filed in the United States District Court for the Southern District of New York on August 27, 2007, for an Order, pursuant to 29 U.S.C. § 185, 29 U.S.C. § 1132, 29 U.S.C. § 1145, and 9 U.S.C. § 9, confirming the Arbitration Awards and directing that judgment be entered in favor of the Pressroom Unions' Welfare Fund and Income Security Annuity Fund and against Efficiency

Printing Co. Inc. in the sum of $61,096.56, plus attorneys' fees and costs, and for such other and further relief as the Court deems just and proper.

A copy of the Verified Petition and Memorandum of Law in Support of the Petition is attached hereto.

Dated: New York, New York
August 24, 2007

        PROSKAUER ROSE LLP
        Attorneys for Petitioners

        By: /s/ Sally L. Schneider
           Sally L. Schneider
        1585 Broadway
        New York, New York 10036
        (212) 969-3803

        sschneider@proskauer.com

TO:    Efficiency Printing Co. Inc.
        126 South Lexington Avenue
        White Plains, New York  10606