## OFFICE OF THE IMPARTIAL ARBITRATOR

| | |
|---|---|
| **In the Matter of the Arbitration**<br><br>**Between**<br><br>**Pressroom Unions'**<br>**Welfare Trust Fund**<br><br>**And**<br><br>**Efficiency Printing Co., Inc.** | **AWARD**<br><br>**Hearing Date:**  **August 31, 2006**<br><br>**Hearing Closed:**  **August 31, 2006** |

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Welfare Trust Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X ) 1.  The Employer is directed to provide forthwith to the Pressroom Unions' Welfare Trust Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 06/06.

( X ) 2.  (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund contributions due under the Agreement, in the amount of: $ 2,962.72 for the period(s) 06/06

   (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the Contract, viz.  $ 888.82.*

   (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $740.68 .

( ) 3.  (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust  Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                       for the period(s):

   (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the contract, viz.  $                 .

   (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount:        $

( X ) 4.  Inasmuch as certain of the arrears due to the Pressroom Unions' Welfare Trust Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions'Welfare Trust Fund.

( X ) 5.  The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Welfare Trust Fund.

   *To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York**<br>**County of New York** } ss:

**Roger Maher**<br>**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

___AUG 3 1 2006___
Date

_____
Roger Maher

## OFFICE OF THE IMPARTIAL ARBITRATOR

| | |
|---|---|
| **In the Matter of the Arbitration**<br><br>**Between**<br><br>**Pressroom Unions'**<br>**Income Security Annuity Fund**<br><br>**And**<br><br>**Efficiency Printing Co., Inc.** | **AWARD**<br><br>**Hearing Date:**     **August 31, 2006**<br><br>**Hearing Closed:**     **August 31, 2006** |

### BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Income Security Annuity Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

### AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )  1.   The Employer is directed to provide forthwith to the Pressroom Unions' Income Security Annuity Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 06/06.

( X )  2.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund contributions due under the Agreement, in the amount of: $ 424.00 for the period(s) 06/06

      (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the Contract, viz. $ 127.20.*

      (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 106.00.

(   )  3.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                          for the period(s):

      (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the contract, viz. $

      (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $

( X )  4.   Inasmuch as certain of the arrears due to the Pressroom Unions' Income Security Annuity Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Income Security Annuity Fund.

( X )  5.   The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Income Security Annuity Fund.

      *To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York** ⎫<br>             ⎬ ss:<br>**County of New York** ⎭

**Roger Maher**<br>**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

**AUG 3 1 2006**
_____
Date

_____
Roger Maher

# OFFICE OF THE IMPARTIAL ARBITRATOR

| |
|---|
| **In the Matter of the Arbitration**<br><br>**Between**<br><br>**Pressroom Unions'**<br>**Welfare Trust Fund**<br><br>**And**<br><br>**Efficiency Printing Co., Inc.** |

**AWARD**

**Hearing Date:**     September 28, 2006

**Hearing Closed:**   September 28, 2006

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Welfare Trust Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )    1.    The Employer is directed to provide forthwith to the Pressroom Unions' Welfare Trust Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 07/06.

( X )    2.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund contributions due under the Agreement, in the amount of: $2,962.17 for the period(s) 07/06

        (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the Contract, viz. $ 888.65.*

        (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $740.54 .

(  )    3.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                    for the period(s):

        (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the contract, viz. $              .

        (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount:        $

( X )    4.    Inasmuch as certain of the arrears due to the Pressroom Unions' Welfare Trust Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Welfare Trust Fund.

( X )    5.    The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Welfare Trust Fund.

        *To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York**  ⎫<br>                ss:<br>**County of New York** ⎭

**Roger Maher**<br>**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

**SEP 2 8 2006**
_____
Date

_____
Roger Maher

# OFFICE OF THE IMPARTIAL ARBITRATOR

| |
|---|
| **In the Matter of the Arbitration**<br><br>**Between**<br><br>**Pressroom Unions'**<br>**Income Security Annuity Fund**<br><br>**And**<br><br>**Efficiency Printing Co., Inc.** |

**AWARD**

**Hearing Date:**          **September 28, 2006**

**Hearing Closed:**       **September 28, 2006**

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Income Security Annuity Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. I) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )   1.   The Employer is directed to provide forthwith to the Pressroom Unions' Income Security Annuity Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 07/06.

( X )   2.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund contributions due under the Agreement, in the amount of: $ 612.00 for the period(s) 07/06

　　　　　(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the Contract, viz. $ 183.60 .*

　　　　　(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $153.00.

(   )   3.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                    for the period(s):

　　　　　(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the contract, viz. $                    .

　　　　　(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $             .

( X )   4.   Inasmuch as certain of the arrears due to the Pressroom Unions' Income Security Annuity Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Income Security Annuity Fund.

( X )   5.   The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Income Security Annuity Fund.

　　　　　*To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York** ⎤<br>                         ⎬ ss:<br>**County of New York** ⎦

**Roger Maher**<br>**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

SEP 2 8 2006
_____
Date

_____
Roger Maher

## OFFICE OF THE IMPARTIAL ARBITRATOR

<table>
<tr><td>

**In the Matter of the Arbitration**

**Between**

**Pressroom Unions'
Welfare Trust Fund**

**And**

**Efficiency Printing Co., Inc**

</td><td>

**AWARD**

**Hearing Date:**      **October 30, 2006**

**Hearing Closed:**    **October 30, 2006**

</td></tr>
</table>

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Welfare Trust Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )   1.   The Employer is directed to provide forthwith to the Pressroom Unions' Welfare Trust Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 08/06.

( X )   2.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund contributions due under the Agreement, in the amount of: $ 2,962.17 for the period(s) 08/06

        (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the Contract, viz. $ 888.65.*

        (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 740.54.

(   )   3.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                      for the period(s):

        (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the contract, viz. $        .

        (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount:        $

( X )   4.   Inasmuch as certain of the arrears due to the Pressroom Unions' Welfare Trust Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Welfare Trust Fund.

( X )   5.   The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Welfare Trust Fund.

        *To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York**  ⎫
                      ⎬ ss:                          **Roger Maher**
**County of New York** ⎭                             **Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

_____OCT 3 0 2006_____          _____
Date                                     Roger Maher

## OFFICE OF THE IMPARTIAL ARBITRATOR

<table>
<tr><td>

**In the Matter of the Arbitration**

**Between**

**Pressroom Unions'
Income Security Annuity Fund**

**And**

**Efficiency Printing Co., Inc.**

</td><td>

**AWARD**

**Hearing Date:**    **October 30, 2006**

**Hearing Closed:**    **October 30, 2006**

</td></tr>
</table>

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Income Security Annuity Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )   1.   The Employer is directed to provide forthwith to the Pressroom Unions' Income Security Annuity Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 08/06.

( X )   2.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund contributions due under the Agreement, in the amount of: $ 612.00 for the period(s) 08/06

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the Contract, viz. $ 183.60 .*

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 153.00 .

(  )   3.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                              for the period(s):

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the contract, viz. $                    .

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $              .

( X )   4.   Inasmuch as certain of the arrears due to the Pressroom Unions' Income Security Annuity Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Income Security Annuity Fund.

( X )   5.   The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Income Security Annuity Fund.

*To date and continuing at the rate of 1 ¼% per month until paid.

State of New York ⎤
                              ⎬ ss:
County of New York ⎦

**Roger Maher**
**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

OCT 3 0 2006
Date

Roger Maher

# OFFICE OF THE IMPARTIAL ARBITRATOR

| |
|---|
| **In the Matter of the Arbitration**<br><br>**Between**<br><br>**Pressroom Unions'**<br>**Welfare Trust Fund**<br><br>**And**<br><br>**Efficiency Printing Co., Inc.** |

**AWARD**

**Hearing Date:**     **November 30, 2006**

**Hearing Closed:**     **November 30, 2006**

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Welfare Trust Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )   1.    The Employer is directed to provide forthwith to the Pressroom Unions' Welfare Trust Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 09/06.

( X )   2.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund contributions due under the Agreement, in the amount of: $2,962.72 for the period(s) 09/06

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the Contract, viz. $ 888.82.*

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $749.68.

( )   3.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust  Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                             for the period(s):

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the contract, viz. $                         .

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount:              $
.

( X )   4.    Inasmuch as certain of the arrears due to the Pressroom Unions' Welfare Trust Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Welfare Trust Fund.

( X )   5.    The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Welfare Trust Fund.

*To date and continuing at the rate of 1 ¼% per month until paid.

State of New York }
                              } ss:
County of New York }

**Roger Maher**
**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

NOV 3 0 2006
_____
Date

_____
Roger Maher

# OFFICE OF THE IMPARTIAL ARBITRATOR

<table>
<tr><td>

**In the Matter of the Arbitration**

**Between**

**Pressroom Unions'**
**Income Security Annuity Fund**

**And**
**Efficiency Printing Co., Inc.**

</td><td>

**AWARD**

**Hearing Date:**      **November 30, 2006**

**Hearing Closed:**   **November 30, 2006**

</td></tr>
</table>

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Income Security Annuity Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )    1.    The Employer is directed to provide forthwith to the Pressroom Unions' Income Security Annuity Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 09/06

( X )    2.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund contributions due under the Agreement, in the amount of: $ 612.00 for the period(s) 09/06

    (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the Contract, viz. $ 183.60 .*

    (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 153.00 .

( )    3.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $            for the period(s):

    (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the contract, viz. $            .

    (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $            .

( X )    4.    Inasmuch as certain of the arrears due to the Pressroom Unions' Income Security Annuity Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Income Security Annuity Fund.

( X )    5.    The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Income Security Annuity Fund.

    *To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York**      ⎫
                          ⎬ **ss:**
**County of New York**     ⎭

                                        **Roger Maher**
                                        **Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

NOV 3 0 2006
_____
Date

                                        _____
                                        Roger Maher

# OFFICE OF THE IMPARTIAL ARBITRATOR

<table>
<tr><td>

**In the Matter of the Arbitration**

**Between**

**Pressroom Unions'
Welfare Trust Fund**

**And**

**Efficiency Printing Co., Inc.**

</td><td>

**AWARD**

**Hearing Date:**    **December 21, 2006**

**Hearing Closed:**    **December 21, 2006**

</td></tr>
</table>

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Welfare Trust Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )   1.   The Employer is directed to provide forthwith to the Pressroom Unions' Welfare Trust Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 10/06.

( X )   2.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund contributions due under the Agreement, in the amount of: $ 2,962.72 for the period(s) 10/06

       (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the Contract, viz. $ 888.82.*

       (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $740.68 .

( )   3.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $            for the period(s):

       (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the contract, viz.  $ .

       (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount:    $

( X )   4.   Inasmuch as certain of the arrears due to the Pressroom Unions' Welfare Trust Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Welfare Trust Fund.

( X )   5.   The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Welfare Trust Fund.

    *To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York**   ⎤
                ⎬ ss:
**County of New York** ⎦

                                        **Roger Maher**
                                        **Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

———————————————
DEC 2 1 2006
Date

                             ———————————————————
                             Roger Maher

## OFFICE OF THE IMPARTIAL ARBITRATOR

<table>
<tr><td>

**In the Matter of the Arbitration**

**Between**

**Pressroom Unions'
Income Security Annuity Fund**

**And**

**Efficiency Printing Co., Inc.**

</td><td>

**AWARD**

**Hearing Date:**    **December 21, 2006**

**Hearing Closed:**    **December 21, 2006**

</td></tr>
</table>

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Income Security Annuity Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )    1.    The Employer is directed to provide forthwith to the Pressroom Unions' Income Security Annuity Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 10/06.

( X )    2.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund contributions due under the Agreement, in the amount of:  $ 424.00 for the period(s) 10/06

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the Contract, viz.  $ 127.20.*

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 106.00 .

(   )    3.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                    for the period(s):

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the contract, viz.  $              .

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $              .

( X )    4.    Inasmuch as certain of the arrears due to the Pressroom Unions' Income Security Annuity Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Income Security Annuity Fund.

( X )    5.    The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Income Security Annuity Fund.

*To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York**  ⎫
                          ⎬ ss:
**County of New York** ⎭

**Roger Maher**
**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

_____
Date

_____
Roger Maher

## OFFICE OF THE IMPARTIAL ARBITRATOR

| |
|---|
| **In the Matter of the Arbitration**<br><br>**Between**<br><br>**Pressroom Unions'<br>Welfare Trust Fund**<br><br>**And**<br><br>**Efficiency Printing Co., Inc.** |

**AWARD**

**Hearing Date:**      **January 30, 2007**

**Hearing Closed:**    **January 30, 2007**

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Welfare Trust Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )   1.    The Employer is directed to provide forthwith to the Pressroom Unions' Welfare Trust Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 11/06.

( X )   2.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund contributions due under the Agreement, in the amount of: $ 2,962.72 for the period(s) 11/06

         (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the Contract, viz. $ 888.82.*

         (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $740.68 .

(  )    3.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                    for the period(s):

         (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the contract, viz. $                .

         (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount:         $

( X )   4.    Inasmuch as certain of the arrears due to the Pressroom Unions' Welfare Trust Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Welfare Trust Fund.

( X )   5.    The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Welfare Trust Fund.

         *To date and continuing at the rate of 1 ¼% per month until paid.

State of New York  }
                   } ss:
County of New York }

                                    **Roger Maher**
                                    **Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

JAN 3 0 2007
_____
Date

                                    _____
                                    Roger Maher

## OFFICE OF THE IMPARTIAL ARBITRATOR

<table>
<tr><td>

**In the Matter of the Arbitration**

**Between**

**Pressroom Unions'
Income Security Annuity Fund**

**And**

**Efficiency Printing Co., Inc.**

</td><td>

**AWARD**

**Hearing Date:**   **January 30, 2007**

**Hearing Closed:**   **January 30, 2007**

</td></tr>
</table>

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Income Security Annuity Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

(X)   1.   The Employer is directed to provide forthwith to the Pressroom Unions' Income Security Annuity Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 11/06 .

( X )   2.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund contributions due under the Agreement, in the amount of:  $ 368.00 for the period(s) 11/06

   (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the Contract, viz.  $ 110.40 .*

   (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 92.00 .

( )   3.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                              for the period(s):

   (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the contract, viz. $                          .

   (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $              .

( X )   4.   Inasmuch as certain of the arrears due to the Pressroom Unions' Income Security Annuity Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Income Security Annuity Fund.

( X )   5.   The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Income Security Annuity Fund.

   *To date and continuing at the rate of 1 ¼% per month until paid.

State of New York  ⎤
                   ⎬ ss:
County of New York ⎦

                                                    **Roger Maher**
                                                    **Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

_____
Date

_____                             Roger Maher

# OFFICE OF THE IMPARTIAL ARBITRATOR

<table>
<tr><td>

**In the Matter of the Arbitration**

**Between**

**Pressroom Unions'
Welfare Trust Fund**

**And**

**Efficiency Printing Co., Inc.**

</td><td>

**AWARD**

**Hearing Date:**     February 26, 2007

**Hearing Closed:**   February 26, 2007

</td></tr>
</table>

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Welfare Trust Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )  1.   The Employer is directed to provide forthwith to the Pressroom Unions' Welfare Trust Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 12/06.

( X )  2.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund contributions due under the Agreement, in the amount of: $ 2,962.72 for the period(s) 12/06

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the Contract, viz. $ 888.82.*

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 740.68 .

(  )  3.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                    for the period(s):

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the contract, viz. $             .

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount:          $

( X )  4.   Inasmuch as certain of the arrears due to the Pressroom Unions' Welfare Trust Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Welfare Trust Fund.

( X )  5.   The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Welfare Trust Fund.

*To date and continuing at the rate of 1 ¼% per month until paid.

State of New York  } ss:
County of New York

Roger Maher
Impartial Arbitrator

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

_____
Date

_____
Roger Maher

## OFFICE OF THE IMPARTIAL ARBITRATOR

<table>
<tr><td>

**In the Matter of the Arbitration**

**Between**

**Pressroom Unions'
Income Security Annuity Fund**

**And**

**Efficiency Printing Co., Inc.**

</td><td>

**AWARD**

**Hearing Date:**       **February 26, 2007**

**Hearing Closed:**    **February 26, 2007**

</td></tr>
</table>

### BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Income Security Annuity Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

### AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )   1.   The Employer is directed to provide forthwith to the Pressroom Unions' Income Security Annuity Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 12/06.

( X )   2.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund contributions due under the Agreement, in the amount of: $ 382.00 for the period(s) 12/06

    (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the Contract, viz.  $ 114.60.*

    (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 95.50.

(  )   3.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                          for the period(s):

    (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the contract, viz.  $                          .

    (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $                 .

( X )   4.   Inasmuch as certain of the arrears due to the Pressroom Unions' Income Security Annuity Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Income Security Annuity Fund.

( X )   5.   The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Income Security Annuity Fund.

    *To date and continuing at the rate of 1 ¼% per month until paid.

State of New York ⎫
          ⎬ ss:
County of New York ⎭

**Roger Maher**
**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

_____
Date

_____
Roger Maher

# OFFICE OF THE IMPARTIAL ARBITRATOR

<table>
<tr><td>

**In the Matter of the Arbitration**

**Between**

**Pressroom Unions'
Welfare Trust Fund**

**And**

**Efficiency Printing Co., Inc.**

</td><td>

**AWARD**

**Hearing Date:**      **March 29, 2007**

**Hearing Closed:**      **March 29, 2007**

</td></tr>
</table>

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Welfare Trust Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )    1.    The Employer is directed to provide forthwith to the Pressroom Unions' Welfare Trust Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 01/07.

( X )    2.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund contributions due under the Agreement, in the amount of: $ 2,962.72 for the period(s) 01/07

       (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the Contract, viz. $ 888.82 .*

       (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 740.68 .

( )    3.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $               for the period(s):

       (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the contract, viz. $

       (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount:      $

( X )    4.    Inasmuch as certain of the arrears due to the Pressroom Unions' Welfare Trust Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Welfare Trust Fund.

( X )    5.    The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Welfare Trust Fund.

     *To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York**      ⎫    **Roger Maher**
                 ⎬ ss:    **Impartial Arbitrator**
**County of New York** ⎭

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

_____            _____

Date                                   Roger Maher

# OFFICE OF THE IMPARTIAL ARBITRATOR

| | |
|---|---|
| **In the Matter of the Arbitration**<br><br>**Between**<br><br>**Pressroom Unions'<br>Income Security Annuity Fund**<br><br>**And**<br><br>**Efficiency Printing Co., Inc.** | **AWARD**<br><br>**Hearing Date:**  **March 29, 2007**<br><br>**Hearing Closed:**  **March 29, 2007** |

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Income Security Annuity Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )  1.  The Employer is directed to provide forthwith to the Pressroom Unions' Income Security Annuity Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 01.07.

( X )  2.  (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund contributions due under the Agreement, in the amount of: $ 532.00 for the period(s) 01/07

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the Contract, viz. $ 159.60 .*

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 133.00.

(  )  3.  (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                     for the period(s):

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the contract, viz. $

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $

( X )  4.  Inasmuch as certain of the arrears due to the Pressroom Unions' Income Security Annuity Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Income Security Annuity Fund.

( X )  5.  The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Income Security Annuity Fund.

*To date and continuing at the rate of 1 ¼% per month until paid.

State of New York ⎫<br>            ⎬ ss:<br>County of New York ⎭

**Roger Maher<br>Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

_____
Date

_____
Roger Maher

## OFFICE OF THE IMPARTIAL ARBITRATOR

<table>
<tr><td>

**In the Matter of the Arbitration**

**Between**

**Pressroom Unions'
Welfare Trust Fund**

**And**

**Efficiency Printing Co., Inc.**

</td><td>

**AWARD**

**Hearing Date:**    **May 30, 2007**

**Hearing Closed:**    **May 30, 2007**

</td></tr>
</table>

### BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Welfare Trust Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

### AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )  1.  The Employer is directed to provide forthwith to the Pressroom Unions' Welfare Trust Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 02/07.

( X )  2.  (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund contributions due under the Agreement, in the amount of: $ 2,962.72 for the period(s) 02/07

        (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the Contract, viz. $ 888.82.*

        (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 740.68 .

( )  3.  (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $              for the period(s):

        (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the contract, viz. $

        (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount:     $

( X )  4.  Inasmuch as certain of the arrears due to the Pressroom Unions' Welfare Trust Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Welfare Trust Fund.

( X )  5.  The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Welfare Trust Fund.

    *To date and continuing at the rate of 1 ¼% per month until paid.

State of New York  ⎫
               **ss:**                  **Roger Maher**
County of New York⎭                   **Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

_____                _____
Date                                        Roger Maher

## OFFICE OF THE IMPARTIAL ARBITRATOR

| |
|---|
| **In the Matter of the Arbitration**<br><br>**Between**<br><br>**Pressroom Unions'**<br>**Income Security Annuity Fund**<br><br>**And**<br><br>**Efficiency Printing Co., Inc.** |

**AWARD**

**Hearing Date:**     **May 30, 2007**

**Hearing Closed:**   **May 30, 2007**

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Income Security Annuity Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )   1.   The Employer is directed to provide forthwith to the Pressroom Unions' Income Security Annuity Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 02/07.

(X)   2.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund contributions due under the Agreement, in the amount of: $ 452.00 for the period(s) 02/07

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the Contract, viz. $ 136.50.*

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 113.00.

(  )   3.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                         for the period(s):

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the contract, viz. $                .

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $             .

( X )   4.   Inasmuch as certain of the arrears due to the Pressroom Unions' Income Security Annuity Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Income Security Annuity Fund.

( X )   5.   The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Income Security Annuity Fund.

*To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York** ⎤
                          ⎬ ss:
**County of New York** ⎦

**Roger Maher**
**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

_____
Date

_____
Roger Maher

# OFFICE OF THE IMPARTIAL ARBITRATOR

| In the Matter of the Arbitration | |
|---|---|
| **Between** | |
| **Pressroom Unions' Welfare Trust Fund** | **AWARD** |
| **And** | **Hearing Date:**    May 30, 2007 |
| **Efficiency Printing Co., Inc.** | **Hearing Closed:**    May 30, 2007 |

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Welfare Trust Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )   1.   The Employer is directed to provide forthwith to the Pressroom Unions' Welfare Trust Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 03/07.

( X )   2.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund contributions due under the Agreement, in the amount of: $ 2,962.72 for the period(s) 03/07

   (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the Contract, viz. $ 888.82 .*

   (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 740.68 .

( )   3.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                     for the period(s):

   (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the contract, viz. $

   (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount:          $

(X )   4.   Inasmuch as certain of the arrears due to the Pressroom Unions' Welfare Trust Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Welfare Trust Fund.

( X )   5.   The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Welfare Trust Fund.

   *To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York**  
**County of New York** } ss:

**Roger Maher**  
**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

MAY 3 0 2007
_____
Date

_____
Roger Maher

## OFFICE OF THE IMPARTIAL ARBITRATOR

| | |
|---|---|
| **In the Matter of the Arbitration**<br><br>**Between**<br><br>**Pressroom Unions'**<br>**Income Security Annuity Fund**<br><br>**And**<br><br>**Efficiency Printing Co., Inc.** | **AWARD**<br><br><br>**Hearing Date:**    **May 30, 2007**<br><br>**Hearing Closed:**    **May 30, 2007** |

## BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Income Security Annuity Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )  1.    The Employer is directed to provide forthwith to the Pressroom Unions' Income Security Annuity Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 03/07.

( X )  2.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund contributions due under the Agreement, in the amount of: $ 135.60 for the period(s) 03/07

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the Contract, viz. $ 113.00 .*

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $

(  )  3.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                    for the period(s):

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the contract, viz. $                    .

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $

(X)  4.    Inasmuch as certain of the arrears due to the Pressroom Unions' Income Security Annuity Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Income Security Annuity Fund.

( X )  5.    The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Income Security Annuity Fund.

*To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York**  ⎫<br>                                    ⎬ ss:<br>**County of New York** ⎭

**Roger Maher**<br>**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

_MAY 3 0 2007_
_____
Date

_____
Roger Maher

## OFFICE OF THE IMPARTIAL ARBITRATOR

| | |
|---|---|
| **In the Matter of the Arbitration**<br><br>**Between**<br><br>**Pressroom Unions'**<br>**Welfare Trust Fund**<br><br>**And**<br><br>**Efficiency Printing Co., Inc.** | **AWARD**<br><br>**Hearing Date:**  **June 28, 2007**<br><br>**Hearing Closed:**  **June 28, 2007** |

### BACKGROUND

The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Welfare Trust Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved. The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

### AWARD

The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )    1.    The Employer is directed to provide forthwith to the Pressroom Unions' Welfare Trust Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 04/07 .

( X )    2.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund contributions due under the Agreement, in the amount of:  $ 2,962.72 for the period(s) 04/07

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the Contract, viz.  $ 888.82.*

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 740.68 .

(  )    3.    (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                         for the period(s):

(b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Welfare Trust Fund under the applicable provisions of the contract, viz.  $

(c) The Employer is also directed to pay forthwith to the Pressroom Unions' Welfare Trust Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount:        $

( X )    4.    Inasmuch as certain of the arrears due to the Pressroom Unions' Welfare Trust Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Welfare Trust Fund.

( X )    5.    The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Welfare Trust Fund.

*To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York**  ⎤<br>                          ⎬ ss:<br>**County of New York** ⎦

**Roger Maher**<br>**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

June 28, 2007
_____
Date

_____
Roger Maher

## OFFICE OF THE IMPARTIAL ARBITRATOR

| |
|---|
| **In the Matter of the Arbitration**<br><br>**Between**<br><br>**Pressroom Unions'**<br>**Income Security Annuity Fund**<br><br>**And**<br><br>**Efficiency Printing Co., Inc.** |

**AWARD**

**Hearing Date:**         **June 28, 2007**

**Hearing Closed:**      **June 28, 2007**

## BACKGROUND

    The matter(s) here at issue between the above-named parties involved the Pressroom Unions' Income Security Annuity Fund's claim that the above-named Employer has violated the Collective Bargaining Agreement (Fund Exhibit No. 1) between the parties by failing to comply with certain provisions of the Agreement pertaining to this employee benefit Fund established under the Agreement.

    The issue(s) submitted to the Undersigned for final and binding determination were presented at a scheduled hearing pursuant to written notice duly served upon the parties here involved.  The Undersigned heard the matter in the absence of the Employer and received verified information prepared by the representatives of the Fund and by sworn testimony as to the arrears involved.

## AWARD

    The Undersigned, constituting the duly authorized Arbitrator to whom was voluntarily submitted the matter in controversy between the parties above-named, having provided the parties with full and ample opportunity to appear and to present evidence and arguments in support of their respective positions, and having heard the allegations and testimony and received evidence bearing on the controversy, makes the following AWARD on the issue(s) involved (only those paragraphs marked "X" are applicable):

( X )   1.   The Employer is directed to provide forthwith to the Pressroom Unions' Income Security Annuity Fund here involved the regular monthly payroll reports required by the Agreement for the period(s): 04/07.

( X )   2.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund contributions due under the Agreement, in the amount of:  $ 452.00 for the period(s) 04/07

        (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the Contract, viz.  $ 135.00.*

        (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $ 113.00.

(  )   3.   (a) The Employer owes and is directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund, contributions due as a result of the audit conducted by the Fund, in the amount of $                          for the period(s):

        (b) plus 15% interest and 15% liquidated damages due as computed by the Pressroom Unions' Income Security Annuity Fund under the applicable provisions of the contract, viz.  $

        (c) The Employer is also directed to pay forthwith to the Pressroom Unions' Income Security Annuity Fund the reasonable costs and expenses in connection with this arbitration proceeding, as provided in and determined under the Agreement, in the following amount: $

( X )   4.   Inasmuch as certain of the arrears due to the Pressroom Unions' Income Security Annuity Fund were estimated by the Fund from such limited payroll data as were available, the amounts of arrears, plus interest, shall be adjusted upward or downward by the Fund after receipt of the actual payroll data the Employer is directed hereby to provide to the Pressroom Unions' Income Security Annuity Fund.

( X )   5.   The Employer is hereby directed to make timely contributions and remain current with regard to the provisions pertaining to the payment of contributions to the Pressroom Unions' Income Security Annuity Fund.

    *To date and continuing at the rate of 1 ¼% per month until paid.

**State of New York**  ⎤<br>            ⎬ **ss:**<br>**County of New York** ⎦

**Roger Maher**<br>**Impartial Arbitrator**

I, ROGER MAHER, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

June 28, 2007

_____                              _____<br>Date                                                                    Roger Maher