PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE FUND and :
INCOME SECURITY ANNUITY FUND, by their :
Trustees, : 07 Civ. 7603 (VM)
:
               Petitioners, :
: **STATEMENT OF DAMAGES**
     - against - :
:
EFFICIENCY PRINTING CO. INC., :
:
               Respondent. :
------------------------------------------------------------------X

| | |
|---|---|
| Principal amount of unpaid benefit contributions | $ 37,594.42 |
| Interest and liquidated damages, as set forth in the Arbitration Awards | $ 11,278.33 |
| Costs and expenses, as set forth in the Arbitration Awards | $ 9,373.70 |
| Interest at the rate of 1¼ % per month, as set forth in the Arbitration Awards, from the date of the Awards to the date of the Petition | $ 2,850.11 |
| Costs (29 U.S.C. § 1132(g)(2)(D)) | $ 390.00 |
| Attorneys' fees (29 U.S.C. §1132(g)(2)(D)) | $ 5,881.25 |
| TOTAL AMOUNT SOUGHT ON DEFAULT: | $ 67,367.81 |

Dated: New York, New York
        November 2, 2007

PROSKAUER ROSE LLP
Attorneys for Petitioners

By: /s/  Sally L. Schneider
    Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803