CLIENT: PRESSROOM UNIONS' FUND
MATTER: EFFICIENCY PRINTING CO. INC.
FILE #: 60275.016

| DATE | DESCRIPTION | ATTORNEY | HOURS | FEES |
|---|---|---|---|---|
| 07/16/07 | Telephone conference with Funds re updated information re delinquencies | S SCHNEIDER | .25 | 123.75 |
| 07/16/07 | Begin draft petition to confirm arbitration awards | S SCHNEIDER | .50 | 247.50 |
| 07/17/07 | Continue drafting petition to confirm arbitration awards | S SCHNEIDER | 1.50 | 742.50 |
| 08/15/07 | Draft notice of petition to confirm arbitration awards; draft required disclosure statement; draft civil cover sheet | S SCHNEIDER | .75 | 371.25 |
| 08/15/07 | Draft memorandum of law in support of petition to confirm arbitration awards | S SCHNEIDER | 1.50 | 742.50 |
| 08/15/07 | Edit/revise verified petition to confirm arbitration awards; draft verification; telephone conference with Sclafani re petition & verification; e-mail to Sclafani w/attached draft petition & verification | S SCHNEIDER | 1.00 | 495.00 |
| 08/24/07 | Finalize all papers for confirmation of arbitration awards for service & filing; prepare memo to Cooper re filing same w/Court | S SCHNEIDER | 1.25 | 618.75 |
| 08/27/07 | Filed Notice of Petition to Confirm Arbitration Award, Civil Sheet Rule 7.1 at USDC,SDNY. Per: Sally Schneider | J HERNANDEZ | .75 | 108.75 |

REDACTED

```
CLIENT: PRESSROOM UNIONS' FUND
MATTER: EFFICIENCY PRINTING CO. INC.
FILE #: 60275.016
PAGE:      2
```

| DATE | DESCRIPTION | ATTORNEY | HOURS | FEES |
|---|---|---|---|---|
| 08/27/07 | Telephone conference with employer/Franzese re petition to confirm arbitration awards, possible settlement | S SCHNEIDER | .25 | 123.75 |
| 08/28/07 | Convert notice of petition to confirm arbitration awards, verified petition, memorandum of law in support of petition, & Rule 7.1 disclosure statement to PDF files & e-mail same to Court per ECF rules | S SCHNEIDER | .50 | 247.50 |
| 08/28/07 | Prepare correspondence to LaPointe/process server re service w/copies of notice of petition to confirm arbitration awards, verified petition, memorandum of law in support of petition, judge's rules, & ECF instruction, guidelines & procedures | S SCHNEIDER | .25 | 123.75 |
| 08/28/07 | Prepare correspondence to judge/Marrero w/courtesy copies of notice of petition to confirm arbitration awards, verified petition & memorandum of law in support of petition, per judge's rules | S SCHNEIDER | .25 | 123.75 |
| 09/04/07 | Review/analyze affidavit of service; convert affidavit to PDF file & electronically file same w/Court per ECF rules; prepare memo to Cooper w/original affidavit for filing manually w/Court per court rules | S SCHNEIDER | .50 | 247.50 |

REDACTED

```
CLIENT: PRESSROOM UNIONS' FUND
MATTER: EFFICIENCY PRINTING CO. INC.
FILE #: 60275.016
PAGE:      3
```

| DATE | DESCRIPTION | ATTORNEY | HOURS | FEES |
|---|---|---|---|---|
| 09/05/07 | Conv w/MCooper re: Filed affidavit of service at Court and entered the information onto the docket. | A HEALY | .50 | 80.00 |
| 09/05/07 | Review/analyze Court Order; prepare correspondence to Efficiency re same w/copy of Order | S SCHNEIDER | .25 | 123.75 |
| 09/05/07 | Telephone conference with Efficiency/Franzese re Court Order, possible settlement | S SCHNEIDER | .25 | 123.75 |
| 10/31/07 | Draft affidavit in support of judgment | S SCHNEIDER | 1.00 | 495.00 |
| 10/31/07 | Draft statement of damages; draft proposed judgment | S SCHNEIDER | .75 | 371.25 |
| 10/31/07 | Draft notice of motion for judgment | S SCHNEIDER | .25 | 123.75 |
| 10/31/07 | Draft Clerk's Certificate of default | S SCHNEIDER | .25 | 123.75 |
| 10/31/07 | Prepare memo to Cooper w/Clerk's Certificate of default & re obtaining Clerk's signature & seal | S SCHNEIDER | .25 | 123.75 |

REDACTED

```
CLIENT: PRESSROOM UNIONS' FUND
MATTER: EFFICIENCY PRINTING CO. INC.
FILE #: 60275.016
PAGE:      4
```

TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| SALLY L. SCHNEIDER | 11.50 | 495.00 | $ 5,692.50 |
| Total for Attorney | 12.25 | | $ 5,692.50 |

| Managing Clerks | | | |
|---|---|---|---|
| ALLEN F. HEALY | .50 | 160.00 | $    80.00 |
| JESUS HERNANDEZ | .75 | 145.00 | 108.75 |
| Total for Managing Clerks | 1.25 | | $   188.75 |
| MATTER TOTAL: | 13.50 | | $ 5,881.25 |

REDACTED