PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE FUND and     :
INCOME SECURITY ANNUITY FUND, by their :
Trustees,                              :   07 Civ. 7603 (VM)
                                       :
               Petitioners,            :
                                       :
        - against -                    :   **JUDGMENT**
                                       :
EFFICIENCY PRINTING CO. INC.,          :
                                       :
               Respondent.             :
------------------------------------------------------------------X

      This action having been commenced by the filing of a Verified Petition to Confirm Arbitration Awards (the "Petition") on August 27, 2007, and true copies of the Petition having been served upon respondent Efficiency Printing Co. Inc. on August 29, 2007 by Deborah LaPointe, a licensed process server, by service upon Donna Christie, an agent of the Secretary of State of the State of New York, pursuant to section 306 of the Business Corporation Law of the State of New York, and proof of service having been filed with the Court on September 4, 2007, and said respondent having failed to answer, appear or otherwise defend in this action within the time permitted by law, there is no just reason to delay the entry of a judgment against respondent Efficiency Printing Co. Inc., and

2

The Court having considered the merits of the Petition, including the agreement to arbitrate and the arbitration awards, as well as the statement of damages and all documents submitted in support thereof,

NOW, on motion of Proskauer Rose LLP, attorneys for Petitioners, by Sally L. Schneider, Esq., it is

**ORDERED AND ADJUDGED**, that petitioners Pressroom Unions' Welfare Fund and Income Security Annuity Fund have judgment against respondent Efficiency Printing Co. Inc. in the liquidated amount of $67,367.81, which amount includes unpaid benefit contributions, interest, liquidated damages, costs and expenses, and attorneys' fees and costs.

Dated: New York, New York
_____, 2007

_____
Hon. Victor Marrero,
United States District Judge