PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE FUND and
INCOME SECURITY ANNUITY FUND, by their
Trustees,                                           :   07 Civ. 7603 (VM)
                                                    :
                         Petitioners,               :
                                                    :
            - against -                             :   **CLERK'S CERTIFICATE**
                                                    :   **OF DEFAULT**
EFFICIENCY PRINTING CO. INC.,                       :
                                                    :
                         Respondent.                :
-----------------------------------------------------------------X

    I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the entries in the above-entitled action indicate that the Petition to Confirm Arbitration Awards was filed on August 27, 2007, that respondent Efficiency Printing Co. Inc. was served by Deborah LaPointe with true copies of the Notice of Petition to Confirm Arbitration Awards, Verified Petition and Memorandum of Law in Support of Petition on August 29, 2007, by service on Donna Christie, an agent of the New York Secretary of State, and that proof of service was filed with the Court on September 4, 2007.

    I further certify that the docket entries indicate that respondent Efficiency Printing Co. Inc. has not filed an answer, appearance or otherwise moved with respect to the Petition and such

respondent's time to respond has expired. The default of respondent Efficiency Printing Co. Inc. is hereby noted.

Dated: New York, New York
      November _1_, 2007

*J. Michael McMahon*
_____
CLERK