PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE FUND and :
INCOME SECURITY ANNUITY FUND, by their :
Trustees, : 07 Civ. 7603 (VM)
:
                Petitioners, :
:
     - against -              : **CERTIFICATE OF SERVICE**
:
EFFICIENCY PRINTING CO. INC., :
:
                Respondent. :
-----------------------------------------------------------------------X

       The undersigned, an attorney duly admitted to practice before the courts of the State of New York and before this Court, hereby certifies that true and correct copies of the Notice of Motion for Judgment, dated November 2, 2007, together with the supporting Affidavit of Sally L. Schneider, and all of the exhibits attached to said affidavit, and the Clerk's Certificate of Default, were served upon respondent Efficiency Printing Co. Inc. at 126 South Lexington Avenue, White Plains, New York 10606, by first class mail, postage prepaid, on November 2, 2007.

Dated: New York, New York
       November 2, 2007

                                                  /s/ Sally L. Schneider
                                                  Sally L. Schneider, Esq.