PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE FUND and
INCOME SECURITY ANNUITY FUND, by their
Trustees,

                                Petitioners,

      - against -

EFFICIENCY PRINTING CO. INC.,

                                Respondent.
------------------------------------------------------------X

07 Civ. 7603 (VM)

**NOTICE AND ORDER
OF DISMISSAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

     **PLEASE TAKE NOTICE** that petitioners, by their attorneys, Proskauer Rose LLP, hereby dismiss the above-captioned action, pursuant to Rule 41(a)(1)(i), Fed.R.Civ.P.

Dated:    New York, New York
           November 15, 2007

                                      PROSKAUER ROSE LLP
                                      Attorneys for Petitioners

                                      By: /s/ Sally L. Schneider
                                        Sally L. Schneider
                                      1585 Broadway
                                      New York, New York 10036
                                      (212) 969-3803

**SO ORDERED:** 15 November 2007
The Clerk of Court is directed to close this case.

Hon. Victor Marrero, U.S.D.J.